**DISMISS and Opinion Filed July 18, 2024**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00112-CV**

**IN THE INTEREST OF H.F., A CHILD**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-20838**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

Appellant filed his brief on November 21, 2023. We then notified appellant, who is proceeding pro se, that his brief failed to comply with rule 38.1 of the Texas Rules of Appellate Procedure. We listed numerous defects in the brief, including that it did not contain a table of contents, an index of authority, or a statement of the case supported by record references. Further, no part of the brief contained any citations to the record or to any authorities. We instructed appellant to file an amended brief correcting these deficiencies within ten days. In the request, we cautioned appellant that the appeal was subject to dismissal if appellant failed to file an amended brief in compliance with the rules of appellate procedure.

Appellant filed an amended brief on March 8, 2024. However, like his original brief, the amended brief has numerous defects including the lack of a table of contents, an index of authority, and no part of the brief contains citations to the record or to any authorities.

The purpose of an appellant's brief is to acquaint the Court with the issues in a case and to present argument that will enable us to decide the case. *See* TEX. R. APP. P. 38.9. The right to appellate review extends only to complaints made in accordance with our rules of appellate procedure, which require an appellant to concisely articulate the issues we are asked to decide, to make clear, concise, and specific arguments in support of appellant's position, to cite appropriate authorities, and to specify the pages in the record where each alleged error can be found. *See* TEX. R. APP. P. 38.1; *Lee v. Abbott*, No. 05-18-01185-CV, 2019 WL 1970521, at *1 (Tex. App—Dallas May 3, 2019, no pet.) (mem. op.); *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.). Even liberally construing appellant's corrected brief, we conclude it fails to acquaint the Court with the issues in the case, does not enable us to decide the case, does not make clear, concise, specific arguments, and is in flagrant violation of rule 38.

Under these circumstances, we strike appellant's brief and amended brief and dismiss this appeal. *See* TEX. R. APP. P. 38.9(a); 42.3(b),(c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

230112F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF H.F., A CHILD

No. 05-23-00112-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-08-20838. Opinion delivered by Justice Carlyle. Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 18, 2024